**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**CHRISTOPHER SONTAG, on behalf of himself and those similarly situated,**

**Plaintiffs,**

**v.**

**PIZZA HUT OF SOUTHEAST KANSAS, INC., et al.,**

**Defendants.**

**Case No. 26-2443-DDC-GEB**

## MEMORANDUM AND ORDER

This matter comes before the court after a flurry of filings. Plaintiff Christoper Sontag brings this Fair Labor Standards Act class action against several defendants. Doc. 1. Plaintiff filed a motion to certify the class. Doc. 8. But plaintiff may have jumped the gun because defendants have moved to compel arbitration. Doc. 13. And the parties agree the court should resolve the arbitration issue before it resolves the class-certification issue. Doc. 12 at 2.

The court is unwilling to allow the class-certification motion to linger on its docket while the parties brief and the court decides defendants' arbitration motion. The court thus denies plaintiff's Motion to Certify (Doc. 8) without prejudice to refiling, should the court resolve the arbitration issue in plaintiff's favor. *See Dietz v. Bouldin*, 579 U.S. 40, 47 (2016) ("[D]istrict courts have the inherent authority to manage their dockets . . . with a view toward the efficient and expedient resolution of cases."). And it denies defendants' attendant motions to stay deadlines for that class-certification motion as moot. Doc. 12; Doc. 14.

Plaintiff also filed a second motion seeking to certify the class. Doc. 15. But it appears that motion was filed in error, and plaintiff moved to withdraw the filing. Doc. 17. The court grants plaintiff's motion to withdraw this motion and directs the Clerk of Court to terminate this motion since the court has granted leave to withdraw it.

Plaintiff also moved for more time to respond to defendants' arbitration motion. Doc. 16. Plaintiff requests an additional 14 days, and defendants don't oppose the motion. *Id.* at 1. The court thus grants the motion. Plaintiff's response is due October 14, 2026.

**IT IS THEREFORE ORDERED BY THE COURT THAT** plaintiff's Motion to Certify (Doc. 8) is denied without prejudice to refiling.

**IT IS FURTHER ORDERED THAT** plaintiff's Motion to Stay Deadlines (Doc. 12) is denied as moot.

**IT IS FURTHER ORDERED THAT** plaintiff's Motion to Stay Deadlines (Doc. 14) is denied as moot.

**IT IS FURTHER ORDERED THAT** the Clerk of Court should terminate plaintiff's Motion to Certify (Doc. 15).

**IT IS FURTHER ORDERED THAT** plaintiff's Motion for Extension of Time (Doc. 16) is granted.

**IT IS FURTHER ORDERED THAT** plaintiff's Motion to Withdraw (Doc. 17) is granted.

**IT IS SO ORDERED.**

**Dated this 5th day of October, 2026, at Kansas City, Kansas.**

**s/ Daniel D. Crabtree**
**Daniel D. Crabtree**
**United States District Judge**